IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HERAEUS ELECTRO-NITE CO.        :        CIVIL ACTION
                                :
          vs.                   :
                                :
MIDWEST INSTRUMENT COMPANY      :        No. 06-355


O R D E R


          **AND NOW, TO WIT:** This 17th day of November, 2009, it
having been reported that the issues between the parties in the
above action have been settled, and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court, it is

          **ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel, without costs.




                         **MICHAEL E. KUNZ,** Clerk of Court

                              /s/Gerrie M. Keane
                    **BY:**_____
                              Gerrie M. Keane
                              Deputy Clerk




Civ 2 (8/2000)
41(b).frm